NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY HARRIS, a/k/a JEROME K.
LOCKHART,

        Appellant,

v.                                                                           Case No. 2D17-3201

STATE OF FLORIDA,

        Appellee.

_____

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Wayne S.
Timmerman, Senior Judge.


PER CURIAM.

        Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); Santos v. State, 380 So. 2d 1284 (Fla. 1980); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Hinson v. State, 57 So. 3d 865 (Fla. 1st DCA 2011); McCutcheon v. State, 44 So. 3d 156 (Fla. 4th DCA 2010); Brown v. State, 10 So. 3d 1197 (Fla. 1st DCA 2009); Foss v. State, 834 So. 2d 404 (Fla. 5th DCA 2003); McMillan

v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.